# CAMP *v.* ARKANSAS

No. 70–353. Decided November 16, 1971

PER CURIAM.

The petition for writ of certiorari is granted. Petitioner's alleged procedural default does not bar consideration of his constitutional claim in the circumstances of this case. See *Henry* v. *Mississippi,* 379 U. S. 443, 447–449 (1965). The judgment of the Supreme Court of Arkansas is reversed. *Griffin* v. *California,* 380 U. S. 609 (1965). The case is remanded for further proceedings not inconsistent with this opinion.

*It is so ordered.*